UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**LCE Mexican Holdings, Inc.**,

**AMC Entertainment Inc.,** successor in interest to AMC Europe S.A.,

   and

**LCE Acquisition Sub, Inc.,** successor in interest to LCE Lux HoldCo S.a.r.l., successor in interest to AMC Netherlands HoldCo B.V.,

   Plaintiffs/Counterclaim Defendants,

   -v-

**Entretenimiento GM de México S.A. de C.V.**,

   Defendant/Counterclaim Plaintiff.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 10-cv-3610 (SC)

**ECF CASE**

**NOTICE RE DETERMINING FOREIGN LAW**

    Plaintiffs LCE Mexican Holdings, Inc., AMC Entertainment Inc. and LCE Acquisition Sub, Inc., hereby give notice, pursuant to Fed. R. Civ. P. 44.1, they intend to raise an issue about the applicable five-year statute of limitations contained in Article 146 of the Federal Fiscal Code of the United Mexican States. *See* Ex. A.

                                 LATHROP & GAGE LLP

                            By:*/s/Bernard J. Rhodes*
                                Bernard J. Rhodes
                                2345 Grand Boulevard, Suite 2400
                                Kansas City, MO  64108
                                Telephone:  (816) 292-2000
                                Telecopier:  (816) 292-2001
                                brhodes@lathropgage.com

Suzanna M.M. Morales
230 Park Avenue, Suite 2400
New York, NY  10169
Telephone:  (212) 850-6220
Telecopier:  (212) 850-6221
smorales@lathropgage.com

Attorneys for Plaintiffs/Counterclaim Defendants

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served via the Court's ECF system, this 15th day of October, 2013 on the following counsel:

Hector Gonzalez
Kathleen N. Massey
Mauricio Alejandro España
Scott S. Kessenick
Dechert, LLP
1095 Avenue of the Americas
New York, NY  10036-6797
hector.gonzalez@dechert.com
kathleen.massey@dechert.com
mauricio.espana@dechert.com
scott.kessenick@dechert.com

*s/ Bernard J. Rhodes*
Attorney for Plaintiffs/Counterclaim Defendants

20837535v1